# DAVIS & ASSOCIATES, P.C.

600 Mamaroneck Avenue, 4th Floor, Harrison, New York 10528
Tel 914.586.3529 ▪ Web www.JeffDavisEsq.com

February 8, 2021

BY ELECTRONIC FILING

US District Court
Southern District of New York
Judge George B. Daniels

Hon. Judge Daniels,

My apologies for the late letter request, but on consent of Plaintiff's counsel, we seek to adjourn the conference currently scheduled for February 10th to a date convenient for the court in March or April. As it stands right now, nothing has changed and the parties are not capable of reaching a settlement.

Thank you in advance for your consideration.

Yours truly,

____/s/Jeffrey Davis_____
JEFFREY K. DAVIS, ESQ.