**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- 

HILARIO MICULAX MICULAX and LUIS PANZEIS, :
*individually and on behalf of others similarly situated,*

           Plaintiffs,

-against-

LA FONDA BORICUA LOUNGE, INC. et al.,

          Defendants.

------------------------------------- x

ORDER

20 Civ. 4477 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

  The March 17 and April 21, 2021 conferences are canceled, in light of this Court's referral to Magistrate Judge Sarah Netburn for General Pretrial Supervision.

Dated: New York, New York
    March 11, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge