```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HILARIO MICULAX MICULAX, et al.,

                Plaintiffs,

-against-

LA FONDA BORICUA LOUNGUE, INC., et al.,

                Defendants.

-----------------------------------------------------------------X

20-CV-4477 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On March 11, 2021, the Honorable George B. Daniels referred this case to my docket for general pretrial supervision. Accordingly, a status conference is scheduled for Thursday, March 18, 2021, at 1:00 p.m. to occur telephonically. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 12, 2021
                New York, New York