UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HILARIO MICULAX MICULAX, et al.,

                              Plaintiffs,                      20-CV-4477 (GBD)(SN)

      -against-                                      <u>ORDER</u>

LA FONDA BORICUA LOUNGUE, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On March 18, 2021, the parties appeared before me for a status conference. At that time, I directed Defendants to file a letter in two weeks—or no later than April 2, 2021—indicating whether they were filing for bankruptcy and whether the individual defendants would be proceeding *pro se* or retaining new counsel. No such letter has been filed. Accordingly, Defendants are ORDERED to file the status letter no later than April 8, 2021.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:       April 6, 2021
                   New York, New York