UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HILARIO MICULAX MICULAX, et al.,

                              Plaintiffs,                      20-CV-4477 (GBD)(SN)

        -against-                                          **ORDER**

LA FONDA BORICUA LOUNGUE, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On March 18, 2021, I directed Defendants to file a letter in two weeks indicating whether they were filing for bankruptcy and whether the individual defendants would be proceeding *pro se* or retaining new counsel. Because Defendants failed to file a letter by April 2, 2021, on April 6, 2021, I ordered Defendants to file the status letter by April 8, 2021. ECF No. 24. Defendants have failed to comply. Accordingly, Plaintiffs are directed to file a letter no later than April 19, 2021, indicating whether they will move for a default.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      April 14, 2021
                New York, New York