# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

Michael@faillacelaw.com

August 23, 2021

**VIA ECF**
Hon. Judge Sarah Netburn
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

　　　　　　　　Re:　　1:20-cv-04477: Miculax Miculax et al v. La Fonda Boricua Lounge, Inc. et al

Dear Judge Daniels:

　　　This firm represents Plaintiffs Hilario Miculax Miculax and Luis Panzeis ("Plaintiffs") in the above-referenced matter (the "Action"). We write to respectfully request a short extension of time to re-file our motion for a default judgement.

　　　Pursuant to the Court's order dated July 26, 2021 (Dkt. No. 51) ("Court Order), the Court directed the Plaintiffs to re-file a motion for default judgement by August 23, 2021. However, I was recently assigned this case, and I have not had the opportunity to gather all the required documents for submission. Please note my Notice of Appearance filed on August 12, 2021 (Dkt. No. 52).

　　　Plaintiffs respectfully request to file the motion for a default judgment by Friday, August 27, 2021.

　　　Thank you for your time and consideration of this matter.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Bryan Robinson*
　　　　　　　　　　　　　　　　　　　　　　　　Bryan D. Robinson, Esq.

*Certified as a minority-owned business in the State of New York*