```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HILARIO MICULAX MICULAX, et al.,

                Plaintiffs,     20-CV-4477 (GBD) (SN)

   -against-     **ORDER**

LA FONDA BORICUA LOUNGUE, INC., et al.,

                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

In light of the parties' August 26, 2021 letters, a status conference is scheduled for Wednesday, September 1, 2021, at 2:30 p.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   August 30, 2021
            New York, New York