UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HILARIO MICULAX MICULAX, et al.,

                          Plaintiffs,                          20-CV-4477 (GBD) (SN)

      -against-                                           **ORDER**

LA FONDA BORICUA LOUNGUE, INC., et al.,

                         Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff shall move for default no later than October 5, 2021. Defense counsel is directed to confer with his client and advise him as to Plaintiff's motion for default and the consequences of defense counsel's forthcoming motion to withdraw as counsel. Should the parties resolve the matter prior to October 5, 2021, they shall promptly inform the Court and, if appropriate, file any settlement agreement for the Court's approval.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                       United States Magistrate Judge

DATED:      September 1, 2021
                New York, New York