UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HILARIO MICULAX MICULAX, et al.,

                            Plaintiffs,

        -against-

LA FONDA BORICUA LOUNGUE, INC., et al.,

                            Defendants.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2021

20-CV-4477 (GBD) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        Plaintiffs are GRANTED a 30-day extension to move for default. No further extensions will be granted thereafter. If no settlement agreement is reached, the Plaintiffs should either file a default by November 5, 2021, or propose a discovery schedule. If Plaintiffs fail to do either of those things, the Court will recommend that the case be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. Should the parties resolve the matter prior to November 5, 2021, they shall promptly inform the Court and, if appropriate, file any settlement agreement for the Court's approval.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 6, 2021
               New York, New York