```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HILARIO MICULAX MICULAX, et al.,

                          Plaintiffs,                    20-CV-04477 (GBD)(SN)

        -against-                                  **ORDER**

LA FONDA BORICUA LOUNGE, INC., et al.,

                          Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        At a conference with the Court on September 1, 2021, defense counsel indicated that he intended to withdraw as counsel. See ECF No. 59. On November 1, 2021, Plaintiffs moved for default judgment against Defendants. ECF No. 62. By November 5, 2021, defense counsel shall either move to withdraw or file a letter informing the court whether Defendants intend to oppose the motion for default. The Court will address any procedural issues regarding Plaintiffs' motion for default judgment after receiving defense counsel's submission.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:       November 3, 2021
                  New York, New York