```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HILARIO MICULAX MICULAX, et al.,

                          Plaintiffs,                    20-CV-04477 (GBD)(SN)

     -against-                                        **ORDER**

LA FONDA BORICUA LOUNGE, INC., et al.,

                          Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On November 3, 2021, defense counsel was ordered to either move to withdraw or file a letter informing the court whether Defendants intend to oppose Plaintiffs' motion for default by November 5, 2021. ECF No. 65. Defense counsel has neither moved to withdraw nor opposed the motion for default. Because defense counsel has not been relieved as counsel, he is still subject to the jurisdiction of the Court. Defense counsel shall either move to withdraw or oppose the motion for default by November 12, 2021.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:     New York, New York
                November 10, 2021