UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HILARIO MICULAX MICULAX, et al.,

                        Plaintiffs,

-against-

LA FONDA BORICUA LOUNGE, INC., et al.,

                        Defendants.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2021

20-CV-04477 (GBD)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

        On July 6, 2021, Defendants La Fonda Boricua Lounge, Inc. and La Fonda Restaurant and Tapas Bar, Inc. were served with Plaintiffs' Second Amended Complaint. ECF Nos. 48 & 49. On July 9, 2021, Defendants Jorge Ayala and Jeremias Doe were served with Plaintiffs' Second Amended Complaint. ECF Nos. 46 & 47. Defendants' time to answer or otherwise respond to the Amended Complaint expired on July 31, 2021. Plaintiffs are ORDERED to request a certificate of default no later than November 29, 2021, and thereafter to renew their Motion for Default Judgment.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      New York, New York
                 November 18, 2021