UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HILARIO MICULAX MICULAX, et al.,

                Plaintiffs,

-against-

LA FONDA BORICUA LOUNGE, INC. et al.,

                Defendant(s).

------------------------------------------------------------X

20-CV-04477 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/2021

**SARAH NETBURN, United States Magistrate Judge:**

On November 1, 2021, Plaintiffs moved for default judgment against Defendants, but their motion was rejected as deficient. ECF Nos. 62, 63 & 64. This Court subsequently ordered Plaintiffs to move for a certificate of default by no later than November 29, 2021, and thereafter to renew their Motion for Default Judgment. ECF No. 18. Plaintiffs moved for a certificate of default on November 29, 2021, and the certificates were subsequently issued. ECF Nos. 71-79. However, Plaintiffs have not yet renewed their Motion for Default Judgement. The Plaintiffs are ORDERED to file their Motion for Default Judgment by December 13, 2021.

SO ORDERED.

SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                December 6, 2021