UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
HILARIO MICULAX MICULAX and LUIS       :
PANZEIS, *individually and on behalf of others*  :
*similarly situated*,                   :
                                        :
                               Plaintiffs,    :              <u>ORDER</u>
                                        :
      -against-                       :           20 Civ. 04477 (GBD) (SN)
                                        :
LA FONDA BORICUA LOUNGE, INC. (D/B/A LA :
FONDA BORICUA), LA FONDA RESTAURANT    :
AND TAPAS BAR, INC. (D/B/A LA FONDA    :
BORICUA), JORGE AYALA, and JEREMIAS DOE :
(A/K/A JAMES GONZALEZ),                :
                                        :
                               Defendants.    :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

       This action having been commenced by the filing of a Complaint on June 11, 2020 (ECF No. 1), and continued with the filing of the First Amended Complaint on September 18, 2020 (ECF No. 11), the filing of the Second Amended Complaint on June 15, 2021 (ECF No. 32), and a copy of the Second Amended Complaint and Summons having been served on Defendant Jorge Ayala on July 9, 2021 through Jose Lopez, a co-worker, and proof of service having been filed on July 21, 2021 (ECF No. 46), on Defendant Jeremias Doe on July 9, 2021 through Jose Lopez, a co-worker, and proof of service having been filed on July 21, 2021 (ECF No. 47), on Defendant La Fonda Restaurant and Tapas Bar, Inc. on July 6, 2021 via the Secretary of the State of New York, and proof of service having been filed on July 21, 2021 (ECF No. 48), and on Defendant La Fonda Boricua Lounge, Inc. on July 6, 2021 via the Secretary of the State of New York, and proof of service having been filed on July 21, 2021 (ECF No. 49), and Defendants having failed to answer, appear, or otherwise move with respect to the Second Amended Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiffs have judgment against Defendants Jorge Ayala, Jeremias Doe, La Fonda Restaurant and Tapas Bar, Inc., and La Fonda Boricua Lounge, Inc.

This matter is REFERRED to Magistrate Judge Sarah Netburn for an inquest on damages.

Dated: New York, New York
April 14, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge