```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HILARIO MICULAX MICULAX, et al.,

                      Plaintiffs,

     -against-

LA FONDA BORICUA LOUNGE, INC., et al.,

                      Defendants.

-----------------------------------------------------------------X

20-CV-04477 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On April 14, 2022, the Hon. George B. Daniels granted Plaintiffs' motion for default judgment and referred the matter to my docket for an inquest on damages. ECF No. 85. By April 25, 2022, Plaintiffs shall either (1) file any documents in support of their damages claim or (2) state that they stand by their prior filing in support of their motion (at ECF No. 82). By the same date, Plaintiffs shall file a proof of service upon Defendants of Plaintiffs' prior motion papers (at ECF Nos. 81, 82 & 84), the Court's Order (at ECF No. 85), and any additional documents submitted. Defendants may file any opposition papers by May 27, 2022.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:     New York, New York
               April 18, 2022