UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

HILARIO MICULAX MICULAX and LUIS PANZEIS, *individually and on behalf of others similarly situated*,

                      Plaintiffs,

-against-

LA FONDA BORICUA LOUNGE, INC. (D/B/A LA FONDA BORICUA), LA FONDA RESTAURANT AND TAPAS BAR, INC. (D/B/A LA FONDA BORICUA), JORGE AYALA, and JEREMIAS DOE (A/K/A JAMES GONZALEZ),

                      Defendants.

------------------------------------x

ORDER

20 Civ. 04477 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is directed to close the open motion at ECF No. 81 (Plaintiffs' motion for default judgment) as having been resolved by this Court's order at ECF No. 85.

Dated: June 1, 2022
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge