UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HILARIO MICULAX MICULAX, et al.,

                              Plaintiffs,                            20-CV-04477 (GBD)(SN)

       -against-                                    **ORDER**

LA FONDA BORICUA LOUNGE, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On April 21, 2022, Plaintiff served all documents concerning the motion for default judgment on Defendants. ECF No. 88. Pursuant to the Court's order (ECF No. 86), Defendants' response to Plaintiff's motion was due on May 27, 2022. Because Defendants have failed to respond, the Court deems the matter fully briefed. The Court will address the matter in due course.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
              June 6, 2022