**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HILARIO MICULAX MICULAX, individually
And on behalf of others similarly situated, and LUIS
PANZEIS, individually and on behalf of others
similarly situated,

                                Plaintiff,

                                20 **CIVIL** 4477 (GBD) (SN)

        -against-                       **<u>JUDGMENT</u>**

LA FONDA BORICUA LOUNGE, INC.
d/b/a LA FONDA BORICUA, LA FONDA
RESTAURANT AND TAPAS BAR INC.
Agent of LA FONDA BORICUA, JORGE
AYALA, and JEREMIAS DOE a/k/a
JAMES GONZALEZ,
                              Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Memorandum Decision and Order dated September 28, 2023, Defendants to pay Plaintiffs $439,869.46 plus applicable prejudgment, post-judgment, and additional interest, as follows: (1) $152,066.43 in back pay and spread-of-hours damages to Plaintiff Miculax, plus nine percent prejudgment simple interest amount of $72,029.49; (2) $61,501.50 in back pay and spread-of-hours damages to Plaintiff Panzeis, plus nine percent prejudgment simple interest amount of $23,596.36; (3) $152,066.43 in liquidated damages to Plaintiff Miculax; (4) $61,501.50 in liquidated damages to Plaintiff Panzeis; (5) $11,955 in attorneys' fees; and (6) $778.60 in costs. This judgment provide that if any amounts remain unpaid upon the expiration of ninety days following issuance of this judgment, or ninety days after expiration of the time of appeal and no appeal is then pending, whichever is later, the total amount of judgment automatically increase by fifteen percent, as required by NYLL § 198(4).

**DATED**: New York, New York

September 29, 2023

                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**

                          **BY**: _____
                                        **Deputy Clerk**